AO 450 (Rev. 5/85)  Judgment in a Civil Case

# United States District Court

FOR THE _____ DISTRICT OF _____ KANSAS

ALAN R. ROSS,

        Petitioner,

v.

O. C. JENKINS,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 93-3235-RDR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came ~~to trial or hearing~~ before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition is dismissed.

FILED
JUN 25 1993
RALPH L. DeLOACH, Clerk
By _____ Deputy

Entered on the docket   6/25/93

_____June 25, 1993_____         _____RALPH L. DeLOACH_____
Date                                                              Clerk

                                                             _____
                                                             (By) Deputy Clerk